## STATE OF FLORIDA
## EDUCATION PRACTICES COMMISSION

**ANASTASIOS KAMOUTSAS, as**
**Commissioner of Education,**

        Petitioner,

vs.

                                        **CASE NO. 256-0561**

**KELLY BROCK-SANCHEZ,**

        Respondent.

_____/

## ADMINISTRATIVE COMPLAINT

Petitioner, Anastasios Kamoutsas, as Commissioner of Education, files this Administrative Complaint against KELLY BROCK-SANCHEZ. The Petitioner seeks the appropriate disciplinary sanction of the Respondent's educator's certificate pursuant to sections 1012.315, 1012.795, and 1012.796, Florida Statutes, and pursuant to Rule 6A-10.081, Florida Administrative Code, Principles of Professional Conduct for the Education Profession in Florida, said sanctions specifically set forth in sections 1012.795(1) and 1012.796(7), Florida Statutes.

The Petitioner alleges:

### JURISDICTION

1. The Respondent holds Florida Educator's Certificate 1127411, covering the areas of Reading, Social Science, and Exceptional Student Education (ESE), which is valid through June 30, 2030.

2. At all times pertinent hereto, the Respondent was employed as a Teacher at Ridgeview Elementary School in the Clay County School District.

### MATERIAL ALLEGATIONS

3. On or about September 11, 2025, Respondent posted comments to her public social media account that were callous and unconscionable in the wake of the murder of public figure Charlie Kirk (Kirk). Respondent's disregard for the grief and suffering of Kirk's surviving wife and children by communicating that the assassination of Kirk was cause for celebration constitutes actions that are grossly immoral. Respondent's conduct caused parents to question Respondent's qualifications as an educator and ability to present unbiased lessons to their students. The fact that



Probable Cause Letter and Administrative Complaint.-2

KELLY BROCK-SANCHEZ
Administrative Complaint
Page 2 of 3

the murder took place on a school campus, in front of young people, serves to exacerbate the impact of Respondent's words on students and their parents as evidenced by the district's receipt of over 500 complaints about Respondent and her thoughtless words. The overwhelming response to Respondent's conduct necessitated increased security on the school campus costing the district money but more importantly may have served to amplify the discomfort of the students. Respondent posted the following on her social media account: "This may not be the obituary we were all hoping to wake up to, but this is a close second for me." or words to that effect. Respondent's post included a picture of Charlie Kirk followed by the words, "Charlie Kirk killed at Utah campus event."

The Petitioner charges:

## STATUTE VIOLATIONS

**COUNT 1:** The Respondent is in violation of section 1012.795(1)(d), Florida Statutes, in that Respondent has been guilty of gross immorality or an act involving moral turpitude as defined by rule of the State Board of Education.

**COUNT 2:** The Respondent is in violation of section 1012.795(1)(g), Florida Statutes, in that Respondent, upon investigation, has been found guilty of personal conduct that seriously reduces that person's effectiveness as an employee of the district school board.

**COUNT 3:** The Respondent is in violation of section 1012.795(1)(j), Florida Statutes, in that Respondent has violated the Principles of Professional Conduct for the Education Profession prescribed by State Board of Education rules.

## RULE VIOLATIONS

**COUNT 4:** The allegations of misconduct set forth herein are in violation of Rule 6A-10.081(2)(a)1, Florida Administrative Code, in that Respondent has failed to make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental health and/or physical health and/or safety.

**COUNT 5:** The allegations of misconduct set forth herein are in violation of Rule 6A-10.081(2)(b)1, Florida Administrative Code, in that Respondent has failed to take reasonable precautions to distinguish between personal views and those of any educational institution or organization with which the individual is affiliated.

**(SIGNATURE ON FOLLOWING PAGE)**

KELLY BROCK-SANCHEZ
Administrative Complaint
Page 3 of 3

**WHEREFORE,** based on the reasons set forth herein and in accordance with the Explanation of Rights and Election of Rights forms attached to and made a part of this Administrative Complaint, Petitioner respectfully recommends that the Education Practices Commission impose an appropriate sanction against the Respondent's educator's certificate pursuant to the authority provided in sections 1012.795(1) and 1012.796(7), Florida Statutes. The sanctions imposed by the Education Practices Commission may include, but are not limited to, any one or a combination of the following: issuing the Respondent a written reprimand; placing the Respondent on probation for any period of time; restricting the Respondent's authorized scope of practice; assessing the Respondent an administrative fine; directing the Respondent to enroll in the Recovery Network Program; suspending the Respondent's educator's certificate for a period of time not to exceed five years; revoking the Respondent's educator's certificate for a period of time up to 10 years or permanently; determining the Respondent to be ineligible for certification; or barring the Respondent from reapplying for an educator's certificate for a period of time up to 10 years or permanently.

**EXECUTED** on this __22__ day of __September__, 20__25__.

ANASTASIOS KAMOUTSAS, as
Commissioner of Education
State of Florida